UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2012 MAY 24  AM 10:08

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>ESMIDA INZUNZA (1),<br><br>                    Defendant. | CASE NO. 12-cr-01311-JLS<br><br>**JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

____   the Court has granted the motion of the Government for dismissal, without prejudice; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Indictment/Information:

    21:952 and 960; 18:2 - Importation of Methamphetamine and Aiding and Abetting (Felony)(1)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5/23/12

                                        Nita L. Stormes
                                        U.S. Magistrate Judge